# Palmetto Computer
## C O N S U L T I N G

141 Pelham Drive, Suite F - PMB 103 - Columbia, SC 29209
(803) 467-5131

# Invoice

| Date | Invoice # |
| --- | --- |
| 5/4/2016 | 5240 |

**Bill To**

Barton Law Group
1715 Pickens Street
PO Box 12046
Columbia, SC 29211
United States

| Rep | P.O. No. | Terms | Due Date |
| --- | --- | --- | --- |
| | | | 5/4/2016 |

| Description | Qty | Rate | Service Date | Amount |
| --- | --- | --- | --- | --- |
| Task/Ticket: Save Copy.com documents T20160422.0004 Summary Notes: Installed the copy.com client on a PC. Set it to download to a portable hard drive. Will let it sync and then upload to dropbox. Resource Name: Crowe, Casey | 0.5 | 150.00 | 4/22/2016 | 75.00 |
| Task/Ticket: Save Copy.com documents T20160422.0004 Summary Notes: Had some issues copying out documents to the flash drive. They destination path would have been too long. Ended up copying them to the root folder and leaving instructions. Dropped off with Megan and let her know why they were copied to the root. Resource Name: Crowe, Casey | 1 | 150.00 | 4/26/2016 | 150.00 |
| Cost Name: USB Flash Drive T20160422.0004 Cost Description: SanDisk 32 GB flash drive | 1 | 40.00 | 4/25/2016 | 40.00 |
| Sales Tax | | 8.00% | | 0.00 |

Thank you for your business.

| | |
| --- | --- |
| **Total** | $265.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $265.00 |