**CREEL COURT REPORTING, INC.**
1230 Richland Street
Columbia, SC 29201
**(803) 252-3445**

6/23/2016

Tax ID: 57-1016805

INVOICE NO.    16-1479

Christine E. Brimm, Esquire
Barton Law Firm
1715 Pickens Street
Columbia, SC 29201

RE: GreenWizard, Inc.                                                                0.00
     Case No. 15-06699-DD
                                                                                     0.00
Depositions of Spencer Deering and Jerry Lepore
on 4/15/16 in Charleston, SC

   Appearance Fee and No-Write Fee                                                 420.00
   (5.5 hours)
   150 pages already typed before being                                            150.00
   notified of cancellation of depositions

We accept:
MasterCard  VISA

Total                $570.00
Payments/Credits       $0.00
Balance Due          $570.00

**THANK YOU!**
(Please return copy with remittance)

/jc

Visit Us On the Web and Book Your Upcoming Depositions Online at www.creelreporting.com