# CREEL COURT REPORTING, INC.
1230 Richland Street
Columbia, SC 29201
**(803) 252-3445**

6/23/2016                                                                 Tax ID: 57-1016805

                                                                    INVOICE NO.    16-1477

Christine E. Brimm, Esquire
Barton Law Firm
1715 Pickens Street
Columbia, SC 29201


**RE:** GreenWizard, Inc.                                                                 0.00
    Case No. 15-06699-DD
                                                                                          0.00
    ORIGINAL AND ONE COPY - Rule 2004 Examination of:

        Adam Bernholz                                                                   572.00
        Exhibits (71 pages)                                                              21.30
        Appearance Fee (3.5 hours)                                                      150.00
        E-Transcript (e-mailed)                                                           0.00
        Condensed Transcript/Key Word Index                                               0.00


We accept:                                           Total              $743.30

                                 Payments/Credits   $0.00

                                                     Balance Due        $743.30

## THANK YOU!
(Please return copy with remittance)

/jc

Visit Us On the Web and Book Your Upcoming Depositions Online at www.creelreporting.com